IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STACEY IAN HUMPHREYS, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. |
| v. ) | 1:18-CV-2534-LMM |
| ) | |
| BENJAMIN FORD, Warden, ) | Capital Habeas Corpus |
| Georgia Diagnostic Prison, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Petitioner in the above-styled action, Stacey Ian Humphreys, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and order entered in this matter by the United States District Court for the Northern District of Georgia, Atlanta Division, denying and dismissing his Petition for Writ of Habeas Corpus (Doc. 74) entered on September 16, 2020, and all attendant rulings, including but not limited to the Order denying his Motion to Alter and Amend Judgment Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure (Doc. 77) entered on January 5, 2021.

1

Respectfully submitted this the 4th day of February, 2021.

*/s/ S. Jill Benton*
S. Jill Benton
Ga. Bar Number 053659
Monet A. Brewerton-Palmer
Ga. Bar Number 988812

FEDERAL DEFENDER PROGRAM, INC.
Centennial Tower, Suite 1500
101 Marietta Street NW
Atlanta, Georgia 30303
(t) (404) 688-7530
jill_benton@fd.org
monet_brewerton@fd.org

J. David Dantzler, Jr.
Ga. Bar Number 205125
Lindsey Mann
Ga. Bar Number 431819

TROUTMAN PEPPER HAMILTON SANDERS
Bank of America Plaza, Suite 5200
600 Peachtree Street NE
Atlanta, Georgia 30308
(t) 404-885-3000
david.dantzler@troutmansanders.com
lindsey.mann@troutmansanders.com

COUNSEL FOR PETITIONER STACEY IAN HUMPHREYS

## CERTIFICATE OF SERVICE AND TYPEFACE

I certify that I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to counsel for Respondent.

I further certify that this pleading was produced using a Times New Roman 14 point font in accordance with Local Rules.

Dated: This the 4th day of February, 2021.

*/s/ S. Jill Benton*