# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 09, 2025

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
Court Reporter
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
ATLANTA, GA 30303-3309

Appeal Number: 21-10387-P
Case Style: Stacey Humphreys v. Warden GDP
District Court Docket No: 1:18-cv-02534-LMM

At the request of the Clerk of the Supreme Court of the United States please promptly forward the record on appeal in the referenced case directly to the Clerk of the Supreme Court. Please also send a copy of your transmittal letter to this office.

Clerk's Office Phone Numbers
General Information:    404-335-6100    Attorney Admissions:         404-335-6122
Case Administration:    404-335-6135    Capital Cases:               404-335-6200
CM/ECF Help Desk:       404-335-6125    Cases Set for Oral Argument: 404-335-6141

SPCT-1 Ltr to DC requestg ROA sent to SC

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 5, 2025

Clerk
United States Court of Appeals
   for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

   Re:   No. 24-826   Stacey Ian Humphreys v. Shawn Emmons, Warden
           (Your No. 21-10387)

Dear Clerk:

     Pursuant to Rule 12.7 of the Rules of the Supreme Court of the United States, you are requested to certify and transmit immediately the entire record (including transcripts) in the above case to this office.  **You must also transmit a numbered list specifically identifying each document transmitted.**  All cassettes, disks, tapes and any article of a similar material must be sent via commercial carrier, not via the United States mail.

     Please be certain to <u>include a transmittal letter</u> referencing this Court's docket number.  It is critical that you note if the record, or any portion of the record, has been sealed or contains confidential information.  If this type of information is contained in the record, these documents must be enclosed in a separate envelope or box and marked accordingly.  Hard copies of record materials available electronically do not need to be transmitted. Instead you should provide this office with the web address where the materials are available.

     If your court is not in possession of the lower court record, please forward a copy of this letter and a request for the lower court to transmit its record directly to this office.

     If you have any questions, please contact me.  Your prompt attention to this matter will be greatly appreciated.  Kindly acknowledge receipt of this letter by emailing LowerCourtRecords@supremecourt.gov.  If you do not need to send hard copies of records, you may also use this email address for your response.

                       Sincerely,

                       **Scott S. Harris**, Clerk

                       by

                       Laurie Gray
                       Assistant to the Clerk
                       (202) 479-3014

cc:  Counsel of Record